UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __25-8737-WM__

UNITED STATES OF AMERICA

v.

OVIDIO ANIBAL MENDEZ-MORALES,

             Defendant.
_____/

FILED BY ___SW___ D.C.
Dec 8, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  ☐ Yes  ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: *Adam C. McMichael*
ADAM C. McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.    0772321
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561)820-8711
Fax:   (561)820-8777
Email:  Adam.mcmichael@usdoj.gov

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 25-8737-WM |
| Ovidio Anibal Mendez-Morales | ) |
| *Defendant* | ) |

FILED BY ___SW___ D.C.
Dec 8, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  12/06/2025  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, ICE Deportation Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date:  December 8, 2025

_____
*Judge's signature*

City and state:  West Palm Beach, FL    William Matthewman, Chief U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# OF
# ANDY KORZEN
# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
# IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that OVIDIO ANIBAL MENDEZ-MORALES committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On December 6, 2025, at approximately 8:40 am, ICE officers responded to the request from Palm Beach County Sheriff's Office (PBSO) for assistance with vehicle stop at the intersection of 2nd Avenue North and North G Street in Lake Worth Beach, Florida. PBSO reported that the stop was initiated on the vehicle operated by individual, later identified as Ovidio Anibal MENDEZ-MORALES driving on the wrong side of the road. After confirming Ovidio Anibal MENDEZ-MORALES's identity and lack of legal status, he was detained and booked at the Palm Beach County Jail (PBCJ).

4. A review of the immigration records shows that Ovidio Anibal MENDEZ-MORALES is a native and citizen of Guatemala. Records further show that on or about January 12, 2011, while in ICE custody, Ovidio Anibal MENDEZ-MORALES voluntarily departed the United States and returned to Guatemala.

5. Thereafter, Ovidio Anibal MENDEZ-MORALES reentered the United States illegally, and on or about May 3, 2012, was ordered removed from the United States. The Order of Removal was executed on or about May 16, 2012, whereby Ovidio Anibal MENDEZ-MORALES was removed from the United States and returned to Guatemala.

6. Thereafter, Ovidio Anibal MENDEZ-MORALES reentered the United States illegally, and his prior order was reinstated. On or about February 16, 2017, Ovidio Anibal MENDEZ-MORALES was removed from the United States and returned to Guatemala for the second time.

7. Thereafter, Ovidio Anibal MENDEZ-MORALES reentered the United States illegally, and on or about January 30, 2018, was ordered removed from the United States. The Second Order of Removal was executed on or about February 14, 2018, whereby Ovidio Anibal MENDEZ-MORALES was removed from the United States and returned to Guatemala for the third time.

8. Records further show that on or about April 28, 2006, in the Criminal Division of the Circuit Court of the Fifteenth Judicial Circuit and for Palm Beach County, Florida, Ovidio Anibal MENDEZ-MORALES was convicted of the felony offense of fleeing or eluding marked police car, case number 06CF002384A.

9. Further review of the records shows that on or about August 10, 2016, in the United States District Court, District of Arizona, Ovidio Anibal MENDEZ-MORALES was convicted of the offense of illegal entry, case number 16-2676M.

10. At the PBCJ, Ovidio Anibal MENDEZ-MORALES's fingerprints were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to Ovidio Anibal MENDEZ-MORALES, a citizen of Guatemala, who was previously removed from the United States.

11. A record check was performed in the Computer Linked Application Informational Management System to determine if Ovidio Anibal MENDEZ-MORALES filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Ovidio Anibal MENDEZ-MORALES obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

[space intentionally left blank]

12. Based on the foregoing, I submit that probable cause exists to believe that, on or about December 6, 2025, Ovidio Anibal MENDEZ-MORALES, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this  8th   day of December 2025.

_____
WILLIAM MATTHEWMAN
UNITED STATES CHIEF MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

## CASE NO. 25-mj-8737-WM

Defendant's Name:   OVIDIO ANIBAL MENDEZ-MORALES,

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Illegal reentry after removal | 8: 1326(a) and (b)(1) | 10 years' imprisonment<br>$250,000 fine<br>3 years' supervised release<br>$100 Special Assessment |